IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL SUN, a minor suing by her mother and next friend, FENG ZHANG )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CHILDREN'S HOSPITAL OF ALABAMA, INC.; THE CHILDREN'S HOSPITAL OF ALABAMA; ALABAMA CHILDREN'S HEALTH SYSTEM, INC.; LEON SEBRING DURE IV, M.D.; PONGKIAT KANKIRAWATANA, M.D.; JAYNE MARIE NESS, M.D.; RICHARD STEVENS MARTIN, M.D.; and PEDIATRIC RADIOLOGY ASSOCIATES, P.C., )<br><br>Defendants. ) | CIVIL ACTION NO. 2:11-cv-1975-VEH<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE, that pursuant to FRCP Rule 26(a)(1) Plaintiffs, through their attorneys, served their initial disclosures to Defendants' counsel.

Dated: September, 16, 2011

                Respectfully Submitted,

      By:   s/ *David Randolph Smith*
             David Randolph Smith, (TN Bar #011905)
             DAVID RANDOLPH SMITH & ASSOCIATES

1913 21st Avenue South
Nashville, Tennessee 37212
Phone: (615) 742-1775
Fax: (615) 742-1223
Web: http://www.drslawfirm.com
e-mail: drs@drslawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, I sent the above by e-mail and by U.S. mail, first class, with postage for delivery, to:

R. Todd Huntley
Walter W Bates
Starnes, Davis Florie LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Bhmingham, Alabama, 35259-8512
(205) 868-6000

Michael D. McKibben
Kenneth M Perry
Ty E Dedmon
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North, 7th Floor
Binningham, AL 35283

Robert E. Parsons
Parson Lee & Juliano, PC
P. O. Box 530630
Birmingham, AL 35253

s/ *David Randolph Smith*
David Randolph Smith, TN Bar #011905
LAW OFFICES OF DAVID RANDOLPH SMITH
& ASSOCIATES

1913 21st Avenue South
Nashville, Tennessee 37212
Phone: (615) 742-1775
Fax: (615) 742-1223
Web: http://www.drslawfirm.com this whole great.
e-mail: drs@drslawfirm.com

Daniel B Feldman
LEWIS FELDMAN & LEHANE LLC
2100 Third Avenue North, Suite 810
Birmingham, AL 35203