THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL SUN, a minor suing by her mother and next friend, FENG ZHANG )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CHILDREN'S HOSPITAL OF ALABAMA, INC.; THE CHILDREN'S HOSPITAL OF ALABAMA; ALABAMA CHILDREN'S HEALTH SYSTEM, INC.; LEON SEBRING DURE IV, M.D.; PONGKIAT KANKIRAWATANA, M.D.; JAYNE MARIE NESS, M.D.; RICHARD STEVENS MARTIN, M.D.; and PEDIATRIC RADIOLOGY ASSOCIATES, P.C., )<br><br>Defendants. ) | Case 2:11-cv-01975-VEH<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Feng Zhang, surviving mother and next friend of Crystal Sun, deceased, through her counsel, and with the agreed stipulation of all parties who have appeared herein, hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The partiers further agree and stipulate that costs will be taxed as paid.

Respectfully Submitted,

DAVID RANDOLPH SMITH & ASSOCIATES

By: *David Randolph Smith*
David Randolph Smith
1913 21st Avenue South
Nashville, Tennessee 37212
Phone: (615) 742-1775

1

/s/ Daniel B. Feldman
Daniel B. Feldman
LEWIS, FELDMAN & LEHANE, LLC
2100 Third Avenue North / Ste. 810
Birmingham, AL 35203
dfeldman@lewis-attorneys.com

*Attorneys for Plaintiffs*

/s/ R. Todd Huntley
R. Todd Huntley
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
Phone: (205) 868-6000
Fax: 205-262-6099
Email: thuntley@starneslaw.com

/s/ Walter W Bates
Walter W Bates
STARNES DAVIS FLORIE LLP
P. O. Box 598512
Birmingham, AL 35259-8512
205-868-6000
Fax: 205-868-6099
Email: Bbates@starneslaw.com

*Attorneys for Defendants Richard Stevens Martin M.D. and Pediatric Radiology Associates, P.C.*

/s/ Michael D. McKibben
Michael D. McKibben
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North, Seventh Floor
P.O.Box 830709
Birmingham, AL 35283-0709
205-521-8000
Fax: 205-521-8800
Email: mmckibben@babc.com

*/s/ Kenneth M Perry*
Kenneth M Perry
BRADLEY ARANT BOULT CUMMINGS LLP
P.O. Box 830709
Birmingham, AL 35283-0709
205-521-8000
Fax: 205-521-8800
Email: kperry@babc.com

*/s/ Ty Dedmon by KMP*
Ty E Dedmon
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, AL 35283-0709
205-521-8000
Fax: 205-521-8800
Email: tdedmon@babc.com

*Attorneys for Defendants Leon Sebring Dure, IV, M.D.; Pongkiat Kankirawatana, M.D.; and Jayne Marie Ness, M.D.*

Robert E Parsons
PARSONS LEE & JULIANO PC
2801 Highway 280 South, Suite 300
P.O. Box 530630
Birmingham, AL 35253-0630
205-326-6600
Fax: 205-324-7097
Email: rparsons@pljpc.com

*Attorney for Children's Hospital of Alabama Inc.; The Children's Hospital of Alabama and Alabama Children's Health Systems Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24th, 2012 I electronically filed this Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system.

David Randolph Smith /DS/

3

David Randolph Smith, TN Bar #011905
**DAVID RANDOLPH SMITH & ASSOCIATES**
1913 21st Avenue South Nashville, Tennessee 37212
Phone: (615) 742-1775
Fax: (615) 742-1223
E-mail: drs@drslawfirm.com