# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CRYSTAL SUN, a minor suing by her mother and next friend, FENG ZHANG,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) Case No.: 2:11-CV-1975-VEH ) |
| **CHILDREN'S HOSPITAL OF ALABAMA, INC., et al.,** | ) ) ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The court having received the Stipulation of Dismissal, doc. #21, in this case, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** this the 24th day of May, 2012.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge