FILED
2012 Jun-19 AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CRYSTAL SUN, a minor suing by her mother and next friend, FENG ZHANG,** )<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| )<br>v. ) | Case No.: 2:11-CV-1975-VEH |
| ) | |
| **CHILDREN'S HOSPITAL OF ALABAMA, INC., et al.,** )<br>)<br>) | |
| **Defendants.** ) | |

## ORDER VACATING
## AND ORDER OF DISMISSAL WITHOUT PREJUDICE

The court has received notice from the parties that its order (Doc. 22) entered on May 24, 2012, should have been a dismissal without prejudice instead of one with prejudice. Accordingly, the prior order (Doc. 22) dismissing this lawsuit with prejudice is **HEREBY VACATED**, and, instead, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **HEREBY DISMISSED WITHOUT PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this the 19th day of June, 2012.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge